






TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00496-CR







Delbert Young, Appellant




v.




The State of Texas, Appellee








FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT


NO. 18,581, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING








PER CURIAM


	Appellant has filed a motion to dismiss this appeal.  The motion is granted.  Tex.
R. App. P. 59(a)(1)(B).

	The appeal is dismissed.


Before Justices Powers, Aboussie and Kidd

Dismissed on Appellant's Motion

Filed:   November 8, 1995

Do Not Publish


